| PROB 22 (Rev. 1/24) | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 17CR00486-001-BAS |
| | DOCKET NUMBER (Rec. Court) |
| | 2:26-cr-00082-RFB-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christian Ortiz<br>District of Nevada | Southern California | San Diego |

X FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
5/14/2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ MAM _____ DEPUTY

| NAME OF SENTENCING JUDGE |  |  |
|---|---|---|
| Cynthia Ann Bashant<br>Chief U.S. District Judge | | |
| DATES OF | FROM | TO |
| Supervised Release | 1/22/2026 | 1/21/2027 |

**OFFENSE**

Count 1: 21 U.S.C. § Distribution of Methamphetamine, a Class C felony.
Count 2: 18 U.S.C. § Felon in Possession of a Firearm, a Class C felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Ortiz has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns to be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

May 7, 2026
_____
Date

_Cynthia Bashant_
Cynthia Ann Bashant
Chief U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/19/2026
_____
Effective Date

_____
United States District Judge

fyf
3414503

**UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM**

RE: Christian Ortiz

Case No.:  To be assigned

**REQUESTING ACCEPTANCE OF JURISDICTION**

May 13, 2026

TO:     United States District Judge

By way of case history, on August 7, 2017, Mr. Christian Ortiz was sentenced in the Southern District of California to 90 months custody followed by 6 years' supervised release for committing the offense of Distribution of Methamphetamine and Felon in Possession of a Firearm. On March 14, 2025, Mr. Ortiz's supervision was revoked, and he was sentenced to 12 months custody (consecutive to any term imposed in State of California, Superior Court of San Diego, County of San Diego, North County Division Case # CN461715 and CN462439) followed by 1 year of supervised release. On January 22, 2026, Mr. Ortiz commenced supervised release in the District of Nevada.

Mr. Ortiz intends to remain in our district for the duration of supervision. To address matters that may require the Court's attention in an efficient manner, we are requesting that transfer of jurisdiction be accepted. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), Chief U.S. District Judge Cynthia Ann Bashant agreed to relinquish jurisdiction on May 7, 2026. It is respectfully requested that Jurisdiction be transferred to the District of Nevada. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Elijah Ray
Date: 2026.05.14 15:30:44 -07'00'

Elijah J Ray
United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2026.05.13 14:49:34 -07'00'

Donnette Johnson
Supervisory United States Probation Officer